# IN THE SUPREME COURT OF THE STATE OF NEVADA

ASHTON KRUKOWSKI,
                          Appellant,
                vs.
THE STATE OF NEVADA,
                          Respondent.

No. 71301

FILED

OCT 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

On September 6, 2016, appellant filed the notices of appeal. No appealable order was designated in the notices of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se documents filed on October 4, 2016.

16-32740

cc: Hon. Douglas Smith, District Judge
Ashton Krukowski
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Nguyen & Lay